IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ROBERT SWEAT,

    Plaintiff,

                              Case No.: 1:18-cv-113 MW-GRJ

v.

SHANNON MILLER, et al.,

    Defendants.
_____/

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT MILLER

Defendant, Shannon Miller, as Personal Representative of the Estate of Marsha Loftis Philips, deceased, along with her attorneys, and pursuant to Rule 11.1 (H), Rules of the United States District Court for the Northern District of Florida, gives notice of the withdrawal of one of her attorneys and the substitution of another. **This defendant consents to the withdrawal and to the substitution noticed herein.** Thomas Harris Waldo, Esquire, and the Law Office of Aurora D. Brown, are withdrawing as attorneys of record for defendant, Shannon Miller, as Personal Representative of the Estate of Marsha Loftis Philips, deceased. J. Stephen O'Hara, Jr., and O'Hara Law Firm, Professional Association, have entered an appearance as co-counsel for this defendant and intend to continue in the case as her attorneys of record.

| | |
|---|---|
| _/s/ Shannon M. Miller_<br>Shannon M. Miller<br>Florida Bar No. 35556<br>The Miller Elder Law Firm, P.A.<br>6224 NW 43rd Street, Suite B<br>Gainesville, FL 32653<br><br>Dated: July 18, 2018 | _/s/ Thomas Harris Waldo_<br>Thomas Harris Waldo<br>Florida Bar No. 61704<br>Law Office of Aurora D. Brown<br>200 West Forsyth Street, Suite 1420<br>Jacksonville, FL 32202<br><br>Dated: July 18, 2018 |
| _/s/ J. Stephen O'Hara, Jr._<br>J. Stephen O'Hara, Jr.<br>Florida Bar No. 243371<br>O'Hara Law Firm, P.A.<br>4811 Beach Blvd., Suite 303<br>Jacksonville, FL 32207<br><br>Dated: 07-18-2018 | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon the parties hereto by e-mailing the same to Harris Brown, Esquire, Harris Brown, P.A., 320 North First Street, Suite 610, Jacksonville Beach, FL 32250, via e-mail at HBPleadings@hbrownlaw.net; Thomas Harris Waldo, Esquire, 200 West Forsyth Street, Suite 1420, Jacksonville, FL 32202, via e-mail at jaxgeico@geico.com; Jeffrey E. Bigman, Esquire, Smith Bigman Brock, 444 Seabreeze Blvd., Suite 900, Daytona Beach, FL 32115, via e-mail at bigman@daytonalaw.com and eservice@daytonalaw.com; and Dennis P. Dore, Esquire, Quintairos, Prieto, Wood & Boyer, P.A., 4190 Belfort Road, Suite 450, Jacksonville, FL 32216, via e-mail at dennis.dore@qpwblaw.com, this 18th day of July, 2018.

J. Stephen O'Hara, Jr.

3