UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ROBERT SWEAT,

    Plaintiff,                                             CASE NO.: 1:18-cv-113-GRJ

v.

SHANNON MILLER, as personal representative
of the ESTATE OF MARSHA LOFTIS PHILIPS,
and CONTINENTAL WESTERN INSURANCE
COMPANY, a foreign corporation,

    Defendants.
_____/

## NOTICE OF APPEARANCE OF DEFENSE COUNSEL

David J. D'Agata, Esq., an attorney with the law firm of *Quintairos, Prieto, Wood & Boyer, P.A.*, who is admitted to and authorized to practice before this Court, hereby provides notice of his appearance as co-counsel of record for Defendant, Continental Western Insurance Company ("CWI"), in the above-styled matter. Mr. D'Agata respectfully requests service of all notices and documents filed in this proceeding which are appropriately directed or otherwise available to CWI.

Respectfully submitted this 28th day of January, 2019, by:

**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**

*/s/ David J. D'Agata*
**David J. D'Agata Esq.**
Florida Bar No. 663891
4190 Belfort Road, Suite 450
Jacksonville, Florida 32216
TEL (904) 354-5500
FAX (904) 354-5501
david.dagata@qpwblaw.com
*Co-counsel for Defendant, Continental Western Insurance Company*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 28th day of January, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the persons/parties below. I further certify that I mailed the foregoing document by first-class mail to the following non-CM/ECF participants: (N/A).

**Harris Brown, Esq.**
**Katherine Brown, Esq.**
Harris Brown, P.A.
320 1st Street N, Suite 610
Jacksonville Beach, Florida 32250
hbpleadings@hbrownlaw.net
*Counsel for Plaintiff, Robert Sweat*

**J. Stephen O'Hara, Jr., Esq.**
O'Hara Law Firm, P.A.
4811 Beach Boulevard, Suite 303
Jacksonville, Florida 32207
eService@oharalawfirm.com
*Counsel for Defendant, Shannon Miller,*
*as personal representative of the Estate*
*of Marsha Loftis*

                              **QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**

                              */s/ David J. D'Agata*
                              **David J. D'Agata, Esq.**
                              *Co-counsel for Defendant, Continental Western*
                              *Insurance Company*